UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRUB STREET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GRUB STREET READS, JESSICA BENNETT, and LESLIE RAMEY<br><br>Defendants. | Civil Action No. 12-11860-WGY |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Grub Street, Inc. hereby dismisses the above-captioned action without prejudice, the Complaint having never been served.

Dated:   October 19, 2012

Respectfully submitted,

GRUB STREET, INC.

By its attorneys,

/s/ Mark S. Puzella
Mark S. Puzella (BBO# 644850)
Yvonne W. Chan (BBO# 669223)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax.:  617.523.1231
mpuzella@goodwinprocter.com
ychan@goodwinprocter.com